**Leoncio REYES–RIVAS, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 09–71624.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 24, 2010.

Leoncio Reyes–Rivas, Panorama City, CA, pro se.

Ari Nazarov, U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Leoncio Reyes–Rivas, a native and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' order affirming an immigration judge's decision denying his application for voluntary departure as a matter of discretion. We have jurisdiction under 8 U.S.C.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

§ 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's determination that Reyes–Rivas did not merit voluntary departure as a matter of discretion. *See* 8 U.S.C. § 1229c(f) ("No court shall have jurisdiction over an appeal from denial of a request for an order of voluntary departure"); *Gomez–Lopez v. Ashcroft,* 393 F.3d 882, 884 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**